```
                            United States Bankruptcy Court
                            Northern District of California
In re:                                                      Case No. 16-41829-CN
Yuliana Cervantes                                           Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-4          User: tarruda              Page 1 of 2         Date Rcvd: Jul 01, 2016
                              Form ID: 309A              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2016.
db             +Yuliana Cervantes,    2027 Gaynor Avenue,    Richmond, CA 94801-2536
smg            ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court:   State Board of Equalization,    Collection Dept.,    P.O. Box 942879,
                 Sacramento, CA  94279)
smg            +Labor Commissioner,   1515 Clay St.,    Room 801,   Oakland, CA 94612-1463
14364229       +AT&T Mobility,   C/o EOS,    PO Box 329,   Norwell, MA 02061-0329
14364234       +East Bay MUD,   Collection Agency,    25954 Eden Landing,    Hayward, CA 94545-3837
14364244       +Rash Curtis,   190 S. Orchard Avenue, A 200,    Vacaville, CA 95688-3645
14364243       +Rash Curtis,   190 S. Orhcard Avenue A 200,    Vacaville, CA 95688-3645
14364245       +Sprint,   C/o Enhanced Recovery,    PO Box 57547,   Jacksonville, FL 32241-7547

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: pat@patforte.com Jul 02 2016 01:53:39      Patrick L. Forte,
                 Law Offices of Patrick L. Forte,    1624 Franklin St. #911,    Oakland, CA  94612
tr             +EDI: BSLITTLE.COM Jul 02 2016 01:38:00      Sarah L. Little,    2415 San Ramon Valley Blvd. #4432,
                 San Ramon, CA 94583-5381
smg             EDI: EDD.COM Jul 02 2016 01:38:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,   Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jul 02 2016 01:38:00      CA Franchise Tax Board,
                 Special Procedures Bankruptcy Unit,    P.O. Box 2952,   Sacramento, CA  95812-2952
ust            +E-mail/Text: ustpregion17.oa.ecf@usdoj.gov Jul 02 2016 01:54:11
                 Office of the U.S. Trustee/Oak,    Office of the U.S. Trustee,   1301 Clay St. #690N,
                 Oakland, CA 94612-5231
14364230        EDI: BANKAMER.COM Jul 02 2016 01:38:00      Bank of America,   P OBox 982238,
                 El Paso, TX 79998
14364231       +EDI: CAPITALONE.COM Jul 02 2016 01:38:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
14364232       +EDI: CHASE.COM Jul 02 2016 01:38:00      Chase / Bank One Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
14364233       +EDI: PRA.COM Jul 02 2016 01:38:00      Comenity Bank,    C/o Portfolio Recovery,
                 120 Corporate Blvd.,    Norfolk, VA 23502-4962
14364235       +EDI: AMINFOFP.COM Jul 02 2016 01:38:00      First Premier Bank,    3820 N. Louise Avenue,
                 Sioux Falls, SD 57107-0145
14364236       +EDI: CALTAX.COM Jul 02 2016 01:38:00      Franchise Tax Board,    Special Procedures,
                 P.O. Box 2952,   Sacramento, CA 95812-2952
14364239        EDI: IRS.COM Jul 02 2016 01:38:00      Internal Revenue Service,    Insolvency Section,
                 1301 Clay St., #1400S,   Oakland, CA 94612
14364241       +E-mail/Text: BKnotice@LobelFinancial.com Jul 02 2016 01:54:18      Lobel Financial,
                 PO Box 3000,   Anaheim, CA 92803-3000
14364242        E-mail/Text: BKnotice@LobelFinancial.com Jul 02 2016 01:54:18      Lobel Financial,
                 1150 N. Magnolia Avenue,    Anaheim, CA 92801-2605
                                                                                                TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14364238*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114)
14364237*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Service Center,    Fresno, CA 93888)
14364240*       Internal Revenue Service,   PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2016                                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2016 at the address(es) listed below:
        Office of the U.S. Trustee/Oak   USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com
        Patrick L. Forte   on behalf of Debtor Yuliana  Cervantes pat@patforte.com
        Sarah L. Little    sarah@littletrustee.com, c141@ecfcbis.com
        TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Yuliana Cervantes | Social Security number or ITIN  xxx–xx–9481 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ |
| | | EIN  __–_____ |
| United States Bankruptcy Court | Northern District of California | Date case filed for chapter 7  6/30/16 |
| Case number: | 16–41829 CN 7 | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Yuliana Cervantes | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2027 Gaynor Avenue<br>Richmond, CA 94801 | |
| 4. | **Debtor's attorney**<br>Name and address | Patrick L. Forte<br>Law Offices of Patrick L. Forte<br>1624 Franklin St. #911<br>Oakland, CA 94612 | Contact phone (510) 465–3328 |
| 5. | **Bankruptcy trustee**<br>Name and address | Sarah L. Little<br>2415 San Ramon Valley Blvd. #4432<br>San Ramon, CA 94583 | Contact phone (510) 485–0740<br>Email: sarah@littletrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1300 Clay Street #300 (94612)<br>Post Office Box 2070<br>Oakland, CA 94604–2070 | Hours open: 9:00 am to 4:30 pm, Monday – Friday<br><br>Contact phone: 510–879–3600<br><br>Date: 7/1/16 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page 1

| 7. Meeting of creditors | **August 5, 2016 at 10:30 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612** |
| **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors | | |

| 8. Presumption of abuse | The presumption of abuse does not arise. |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. Deadlines | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 10/4/16** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. Proof of claim | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Case: 16-41829    Doc# 6    Filed: 07/03/16    Entered: 07/03/16 21:29:09    Page 4 of 4